IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO.: 7:09-cv-89-H

Camila and Keith Thompson, et al., )
)
       Plaintiffs, )
)
vs. )
)
Bank of America, et al., )
)
       Defendants. )

## ORDER ALLOWING FILING OF DOCUMENTS UNDER SEAL

THIS matter coming to be heard upon Motion of Defendants Maryville Partners, Inc. and Cravens Grant Homeowners Association, Inc., and this Court finding good cause for granting the relief requested;

THEREFORE, it is Ordered that Defendants Maryville Partners, Inc. and Cravens Grant Homeowners Association, Inc.'s Motion for Protective Order and Expedited Consideration, Motion to File Documents Under Seal and Order thereof is hereby allowed to be filed under seal until such time as it is ordered unsealed by this Court.

The clerk is authorized to serve a copy of these documents upon counsel or pro se parties that have made an appearance in this action.

This the 30th day of August, 2010.

                                            _____
                                            Honorable Judge Malcolm J. Howard