IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN JUDICIAL DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:09-cv-89 (H)

**CAMILLA THOMPSON**, et al.

                Plaintiffs,

vs.

**BANK OF AMERICA,** et al.
                Defendants.

**ORDER GRANTING PLAINTIFFS' MOTION TO SEAL RESPONSE TO BANK OF AMERICA AND MARYVILLE PARTNERS MOTION FOR PROTECTIVE ORDER**

This matter comes before this Court upon Plaintiffs' Motion to Seal its Response to Bank of America and Maryville Partners Motion for Protective Order, the Court having reviewed the Motion and being fully informed in the premises:

IT IS HEREBY ORDERED that the Plaintiffs' Motion to Seal its Response to Bank of America and Maryville Partners Motion for Protective Order and Plaintiffs' Motion to Seal its Response to Bank of America and Maryville Partners Motion for Protective Order is granted.

The Clerk is authorized to serve a copy of these documents upon counsel or pro se parties that have made an appearance in this action.

This 30th day of August, 2010

                                        _/s/ Malcom J. Howard_
                                        MALCOM J. HOWARD
                                        UNITED STATES DISTRICT COURT JUDGE