IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CIVIL ACTION NO.: 7:09-CV-89-H

| | |
|---|---|
| CAMILLA AND KEITH THOMPSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, et al., <br><br> Defendants. | **ORDER ALLOWING FILING OF DOCUMENTS UNDER SEAL** |

THIS matter coming to be heard upon Motion of Defendant Bank of America ("Bank of America"), and this Court finding good cause for granting the relief requested;

THEREFORE it is Ordered that Defendant Bank of America's Motion for Protective Order and Expedited Consideration, Motion to File Documents Under Seal and Order thereof is hereby allowed to be filed under seal until such time as it is ordered unsealed by this Court.

The clerk is authorized to serve a copy of these documents upon counsel or pro se parties that have made an appearance in this action.

This the 30th day of August, 2010.

_____
Honorable Judge Malcolm J. Howard