IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CAMILLA THOMPSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO. 7:09-CV-89-H(1) |
| | ) | |
| BANK OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| 2433 SOUTH BOULEVARD, LLC, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 7:10-CV-28-H(1) |
| | ) | |
| BANK OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| IN THE MATTER OF DAVID A. BINKLEY and GIARMARCO, MULLINS & HORTON, PC, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Before the court is respondents' motion to seal their response to the report submitted by counsel appointed pursuant to Local Civil Rule 83.7e, EDNC, for the purpose of investigating allegations of attorney misconduct in Thompson, et al. v. Bank of America, et al., No. 7:09-CV-89-H(1), and 2433

South Boulevard, LLC, et al. v. Bank of America, et al., No. 7:10-CV-28-H(1). Counsel's report being a matter of public record, the court finds no reason to seal respondents' response. Accordingly, respondents' motion [DE #234] is DENIED.

This 10th day of November 2010.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#31

2