IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO.: 7:09-CV-89-H

| | |
|---|---|
| CAMILLA THOMPSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BANK OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on a motion to dismiss filed by defendant Cannonsgate at Bogue Sound Homeowners Association, Inc. ("Cannonsgate HOA"). Subsequent to the filing of the motion presently before the court, plaintiffs voluntarily dismissed without prejudice all claims against Cannonsgate HOA. (See Notice Vol. Dismissal dated July 8, 2011 [DE #380].) Accordingly, Cannonsgate HOA's motion to dismiss [DE #276] is DISMISSED as moot.

This 3rd day of August 2011.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#31