IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN JUDICIAL DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:09-cv-89-H

CAMILA THOMPSON; et al

    Plaintiffs,

vs.

BANK OF AMERICA, et al

    Defendants.

## STIPULATED ORDER TO DISMISSS DEFENDANTS
## LANNY T. WILSON AND CANNONSGATE INVESTMENTS LLC
## WITH PREJUDICE AND WITHOUT COSTS

This matter is before the Court upon the stipulation of all Plaintiffs, in all consolidated cases, and Defendants Lanny T. Wilson and Cannonsgate Investments LLC (hereinafter the "Dismissed Defendants").

. This Court, having been advised that Plaintiffs in the consolidated cases and the Lanny T. Wilson and Cannonsgate Investments LLC have arrived at a settlement, does hereby GRANT the request for entry of Order of Dismissal and ORDERS all claims against Lanny T. Wilson and Cannonsgate Investments, LLC are hereby dismissed with prejudice and without costs.

This the 8th day of September 2014.

Malcolm J. Howard
Senior United States District Court Judge